**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-1697**

———————————

YOSEPH NIGATU BEZABEH,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

———————————

On Petition for Review of an Order of the Board of Immigration
Appeals. (A97-629-491)

———————————

Submitted: February 24, 2006          Decided: March 15, 2006

———————————

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Alan M. Parra, LAW OFFICE OF ALAN M. PARRA, Bethesda, Maryland, for
Petitioner. Peter D. Keisler, Assistant Attorney General, M.
Jocelyn Lopez-Wright, Assistant Director, Diane Kelleher, Office of
Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondent.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Yoseph Nigatu Bezabeh, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen immigration proceedings.

A denial of a motion to reopen is reviewed for abuse of discretion. INS v. Doherty, 502 U.S. 314, 323-24 (1992). A denial of a motion to reopen must be reviewed with extreme deference, since immigration statutes do not contemplate reopening and the applicable regulations disfavor motions to reopen. M.A. v. INS, 899 F.2d 304, 308 (4th Cir. 1990) (en banc).

The Board ruled that Bezabeh did not warrant the exercise of favorable discretion because he did not produce evidence sufficient to overcome the immigration judge's adverse credibility finding. We have reviewed the evidence of record and conclude that Bezabeh fails to show that the evidence compels a contrary result. Accordingly, we find that no abuse of discretion occurred, and therefore deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED